IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES ALLEN, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. **07-259 - MJR** |
| **CARL OFFICER, et al.,** | ) |
| Defendants. | ) |

# ORDER

**PROUD, Magistrate Judge:**

Before the court is defendants' Motion to Compel. **(Doc. 31)**.

Plaintiffs have not filed a response, and the time for doing so has now expired. The court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 71.

Upon consideration and for good cause shown, defendants' Motion to Compel **(Doc. 31)** is **GRANTED**. Plaintiffs Sherrie Johnson, Terri Pruitte, Karen Cromwell, City Nights, Inc., and Miss Kitty's II are ordered to fully and completely respond to defendants' interrogatories and to produce all documents requested by defendants, on or before **December 1, 2008.** Failure to do so will result in sanctions, which may include monetary sanctions and/or dismissal of plaintiffs' claims.

**IT IS SO ORDERED.**

**DATE: November 19, 2008.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**